UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS SARINANA, JR., | Case No. 2:23-cv-10922-VBF-SHK |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| ROBERT LUNA, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections have been filed. However, Petitioner Tomas Sarinana, Jr. ("Petitioner"), filed two identical motions "To Award Writ Or Direct Respondent A [sic] Order to Show Cause Why Th[e] Writ Should Not Be Granted" ("Motions") after the R&R was issued. See Electronic Case Filing Numbers ("ECF Nos.") 13, 14, Mots. The Motions, however, do not address the findings and recommendations in the R&R. Thus, the Court does not construe the Motions as objections to the R&R. The Court accepts the findings and recommendations of the Magistrate Judge.

/ / /

IT IS THEREFORE ORDERED that:

1) The Petition is **DENIED**;

2) The Motions [ECF Nos. 13, 14] are **DENIED** as moot; and

3) Judgment be entered **DISMISSING** this action without prejudice.

Dated:   September 19, 2024            /s/ Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
United States District Judge