JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TOMAS SARINANA, JR., | Case No. 2:23-cv-10922-VBF-SHK |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT LUNA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: September 19, 2024

/s/ Valerie Baker Fairbank
HON. VALERIE BAKER FAIRBANK
United States District Judge